IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL ANDREWS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV279 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, et al., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's Motion for Leave to Proceed in Forma Pauperis (Filing No. 4), and Motion for Payment (Filing No. 2). Upon review of plaintiff's Motion for Leave to Proceed in Forma Pauperis, the Court finds that plaintiff is financially eligible to proceed in forma pauperis. However, the Court finds that plaintiff's Motion for Payment should be denied, as the motion contains only the case caption and the Court cannot determine from the face of the motion what relief plaintiff seeks.

IT IS ORDERED:

1. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Filing No. 4) is provisionally granted. The complaint shall be filed without payment of fees.

2. Plaintiff's Motion for Payment (Filing No. 2) is denied.

DATED this 22nd day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court