IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL ANDREWS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV279 |
| | ) | |
| v. | ) | |
| | ) | |
| FICKELL, Officer, et al., and | ) | MEMORANDUM AND ORDER |
| HANZEK, Officer, City of | ) | |
| Omaha Police Department, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on its own motion. Upon careful consideration,

IT IS ORDERED that the final pretrial conference in this matter, currently scheduled for November 29, 2012, is cancelled. The conference may be rescheduled after the resolution of defendants' Motion for Summary Judgment.

DATED this 26th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court